# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| Amanda Nagy,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Charter Communications, Inc.,<br><br>　　　　Defendant. | Case No.: 2:17-cv-00109-JAM-GGH<br><br>**ORDER** |

The Court, having read and considered the Plaintiff's Motion for Extension of Time to File Dismissal, and for good cause shown, **IT IS HEREBY ORDERED GRANTING THE MOTION**. The deadline to file dismissal documents is extended to May 9, 2018.

Date: 3/8/2018　　　　　　　　　　　　　/s/ John A. Mendez_____

　　　　　　　　　　　　　　　　　　　Judge: Hon. John A. Mendez