# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVSION

| | |
|---|---|
| Amanda Nagy,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Charter Communications, Inc.,<br><br>　　　　　Defendant. | Case No.: 2:17-cv-00109-JAM-GGH<br><br>**ORDER** |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: 4/16/2018　　　　　　　　　　　/s/John A. Mendez_____

　　　　　　　　　　　　　　　　　　Judge: Hon. John A. Mendez